**Slip Op. 01-12**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

|  |  |  |
|---|---|---|
| SKF USA INC., SKF FRANCE S.A. and SARMA, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Court No. 99-08-00475 |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| THE TORRINGTON COMPANY, | : | |
| | : | |
| Defendant-Intervenor. | : | |

# **J U D G M E N T**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>SKF USA Inc., SKF France S.A. and Sarma v. United States and The Torrington Company</u>, 24 CIT ___, 116 F. Supp. 2d 1257 (2000) ("Remand Results"), Torrington's comments to the Remand Results, and Commerce having complied with the Court's remand, and no other responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on November 22, 2000, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS, Senior Judge

Dated: January 30, 2001
      New York, New York